# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

DEMARCUS MILLER

Case Number: 6:00-CR-131-ORL-22KRS

USM Number: 24216-018

Peter Warren Kenny, AFPD
201 S. Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One and Two of the Superseding Petition to revoke the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Possession of a Firearm by a Convicted Felon occurring while on supervision | September 30, 2006 |
| 2 | New conviction for conduct, Driving While License Revoked as a Habitual Offender occurring while on supervision | September 30, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations of conditions 3 and 4 of the Superseding Petition are dismissed upon motion of the Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/3/2008

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

March ___4___, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

DEMARCUS MILLER  Page 2 of 2
6:00-CR-131-ORL-22KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months,** this term to run consecutive with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 48-06-CF-13963-O, Circuit Court of Orange County Florida.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The Court recommends to the Bureau of Prisons the defendant be afforded the opportunity to participate in a Drug Abuse Treatment Program and is placed in Coleman in order to be near his family.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case